IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WAYNE VINCENT BRYANT,

        Petitioner,

  v.

ROBERT K. WONG, Warden,

        Respondent.
                               /

No. CV-09-2570 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

    **1.** The petition for a writ of habeas corpus is hereby DENIED.

    2.  A certificate of appealability is hereby DENIED.

Dated: May 12, 2011

                                                  Richard W. Wieking, Clerk

                                                  By: Tracy Lucero
                                                  Deputy Clerk